# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

2015 FEB -6 A 11:08

296902

**Inmate Identification Number:**

Michael Dale Atkins

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

Blount County jail
Sgt. Yancy, correctional officer Rudy,
Correctional officer Walden

CV-15-AR-0229-S

(Enter above full name(s) of the defendant(s) in this action)

## I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )   No (✓)

B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.

   1. Parties to this previous lawsuit:

   Plaintiff(s): N/A

   Defendant(s): N/A



2. Court (if Federal Court, name the district; if State Court, name the county)
   N/A

3. Docket number  N/A

4. Name of judge to whom case was assigned  N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   N/A

6. Approximate date of filing lawsuit  N/A

7. Approximate date of disposition  N/A

II. Place of present confinement  Ventress corr. facility

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No ( ✓ ) (was denied grievance)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No ( ✓ )

   C. If your answer is YES:

      1. What steps did you take?  I tried but was denied the opportunity

      2. What was the result?  N/A

   D. If your answer is NO, explain why not?  They put me in solitary confinement and denied me the opportunity to take the proper steps.

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Michael Dale Atkins

Address Ventress Corr. facility, P.O. box 767 Clayton, AL 36016

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Correctional officer Rudy

is employed as a correctional officer

at Blount County jail

C. Additional Defendants Sgt. Yancy, Sgt. at Blount County jail, Correctional officer Walden is a correctional officer at Blount County jail.

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

"See attachment" / complaint

3

"See attachment" / complaint

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensation for pain and suffering, and compensation for my medical expenses, and criminal charges brought against officer Rudy.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2015.

*[signature]*
Signature(s)

4

In the united states district court
for the Northern District of Alabama

Michael D. Atkins
          (petitioner)
     vs.
Blount county jail
Sgt. Yancy, correctional
officer Rudy, correctional
officer Walden
         (defendants)

Case # - 6 A 11:08
(to be supplied by
the united states
district clerk)

CV-15-AR-0229-S

## Complaint

Comes now, the above petitioner <u>Michael D. Atkins</u> by and through himself "<u>pro se</u>" before this Honorable court to file this <u>§1983</u> complaint against the above defendants, the following is submitted:

1. on or about <u>December 9, 2013</u> the petitioner Michael D. Atkins was arrested for the crime of domestic violence along with his "ex-wife" <u>Ashley D. Atkins</u>. Both were transported to <u>Blount County Jail</u>, the petitioner was transported by <u>officer Moon</u>. Both were being processed around 4:00 p.m. The petitioner was being detained in a holding cell while Ashley Atkins finished being booked. The petitioner attempted to talk to Ashley Atkins through the

door and in doing so his actions aggrivated Sgt. Yancy, and correctional Rudy. Correctional officer Rudy escorted the petitioner to the contact visitation room to isolate him from trying to conversate with Ashley. The petitioner nerves and boredom got to the best of him, and he started doing pull-ups on the door closer, in doing so, the petitioner bent it. Officer Rudy came in shortly after, and as he opened the door, it was unusually harder to open. He asseses the problem, and tells the petitioner that he is now being charged with "distruction of state property." The petitioner then laid down on the floor face down, and officer Rudy handcuffed him behind his back, then stood the petitioner up and walked him into the hallway, and placed him in a restraint chair. While still handcuffed behind his back, and under supervision of Sgt. Yancy, correctional officer Walden, and correctional officer Rudy fastened the restraint on the petitioner. Both straps were fastened across the chest of the petitioner and correctional officer Walden fastened the petitioner legs. Officer Rudy stated; "Yous about to get a felony charge how does that feel boy". The petitioner stated; "Yous retarded, all you have to do is push up on the closer and then it will be fixed." Officer Rudy then grabbed me by the neck and slammed my

head against a concrete wall. (me being the petitioner) I felt liquid dripping down my back and said "I'm leaking". officer Rudy then rolled me into the shower in the restraint chair, slammed the door and kept me in there until the bleeding stopped. The petitioner was then transported to <u>St. Vincents Blount Hospital</u> around 6:00 p.m. by officer Moon. The petitioner received five (5) staples in the back of his head. Upon his arrival back to Blount county jail, the petitioner was placed in solitary confinement, he was denied a grievance form and denied a phone call for 72 hours. He was then placed in General population, two weeks later after, the nurse Removed the staples from the petitioner's head, then he was finally called to booking to finish the process and pictures.

2. The petitioner now files this "pro se" complaint because he was assaulted by officer Rudy when clearly Blount county Jail has a strict no hands on policy, the petitioner will submit his medical records stating that these allegations are true and correct, the petitioner is entitled to compensation for <u>pain and suffering</u>, and his medical expenses, also the petitioner is entitled to compensation from Blount county jail for denying him a grievance form, and for failing to

file a incident report in which they are required by law to do so, also the officer Rudy should have criminal charges brought against him for assault charges. All the defendant's are located at, and may be served at "Blount county Jail 225 Industrial PK Rd Oneonta, Alabama 35121.

With the following being submitted, this complaint is due to be granted for the following reasons as stated in this complaint, Respectfully submitted.

Michael Dale Atkins
AIS# 296902

Certificate of Service

I hereby certify that the fore-going complaint was mailed to the United States district clerk (Northern District of Alabama) through U.S. mail, from the mailbox located at Ventress Corr. facility on or about February 4, 2015, and a true copy served upon the defendants as listed. Respectfully served.

Michael D. Atkins
x /s/ M.D.A.
AIS# 296902
Ventress Corr. facility
P.O. Box 767
Clayton, AL 36016

defendants
Blount County jail
Sgt. Yancy, C/o Rudy,
C/o Walden
Blount County Jail
225 Industrial Pk Rd
Oneonta, AL 35121